**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Alejandro GOMEZ–GAONA,
Defendant–Appellant.**

No. 11–41209
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 21, 2012.

Renata Ann Gowie, Assistant U.S. At-
torney, U.S. Attorney's Office, Houston,
TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public De-
fender, Timothy William Crooks, Assistant
Federal Public Defender, H. Michael Soko-
low, Assistant Federal Public Defender,
Federal Public Defender's Office, Houston,
TX, for Defendant–Appellant.

Before SMITH, ELROD, and
SOUTHWICK, Circuit Judges.

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

PER CURIAM: *

The Federal Public Defender appointed to represent Alejandro Gomez–Gaona has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Gomez–Gaona has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

The attorney appointed to represent Julio Oscar Ledezma–Vargas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Ledezma–Vargas has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

